# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 21, 2006

*Before*

Hon. William J. Bauer, *Circuit Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Diane P. Wood, *Circuit Judge*

No. 05-4503

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee,*

v,

CHRISTOPHER K.P. REUTER,
    *Defendant-Appellant.*

Appeal from the United States District Court for the Central District of Illinois.

No. 02-10011-09

Joe Billy McDade, *Judge.*

## ORDER

The first two lines on page 3 of the opinion in this case, issued on September 19, 2006, are amended to read as follows:

"Third Circuit, overruling *Kikumura*, held in *United States v. Grier*, 449 F.3d 558, 570 (3d Cir. 2006). (The full court, however, has now granted rehearing en banc and withdrawn the panel opinion. 453 F.3d 554, 554 (3d Cir. 2006).) In contrast,".

So Ordered.